FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0003397
09-NOV-2017
12:27 PM

NO. CAAP-13-0003397

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF
THE ESTATE OF ETHEL CAMACHO, Deceased.

———————————————

IN THE MATTER OF
THE ETHEL CAMACHO LIVING TRUST DATED MARCH 3, 2008.

———————————————

NEPHI DANIEL IOANE CAMACHO,
Petitioner-Appellee,
v.
BEVERLY J. CALKOVSKY,
Respondent-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(PROBATE NO. 08-1-0192, TRUST NO. 08-1-0094)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Opinion, filed on July 31, 2017, is hereby corrected as follows:

On page 3, in the seventh line from the bottom of the page, "Camacho" should be replaced with "Ethel" so that as corrected, the text reads: "On November 2, 1998, Ethel executed a . . . ."

---

[1] Nakamura, Chief Judge, and Reifurth and Ginoza, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change. DATED: Honolulu, Hawai'i, November 9, 2017.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge